O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-3203-AHM (PJWx) | Date | July 14, 2008 |
|---|---|---|---|
| Title | JEFFREY SPARKS v. ADP, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David R. Markham | Brian T. Ashe |
| Jonathan E. Gertler | Andrew Marc Paley |
| Gregory A. Douglas | |

**Proceedings:** MOTION FOR SETTLEMENT APPROVAL OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT HEARING [61]

Cause called; appearances made.

Court circulates its questionnaire and hears oral argument. For reasons stated on the record, the Court grants the plaintiffs' motion for final approval of class action settlement. However, the Court is advised of a mistake in the notice to the class and that there are additional claimants who may not have been notified of the class action and/or the class action settlement. As a result, the Court declines to sign the proposed judgment but will address the monies to be awarded to the settling claimants in an order. The parties must submit a new proposed order incorporating the Court's rulings, including modifying the expansive language in the proposed order and setting forth the parties' proposal to correct the mistake involving the omitted claimants.

|  | : | 38 |
|---|---|---|
|  | Initials of Preparer | SMO |