David R. Markham (Bar No. 071814)
R. Craig Clark (Bar No. 129219)
James M. Treglio (Bar No. 228077)
**CLARK & MARKHAM, LLP**
600 B Street, Suite 2130
San Diego, CA 92101
Telephone: (619) 239-1321
Facsimile: (619) 239-5888

Attorneys for Plaintiff

Brian T. Ashe (SBN 139999)
Eric E. Hill (SBN 173247)
**SEYFARTH SHAW LLP**
560 Mission Street, Ste 3100
San Francisco, CA 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SPARKS, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br>Plaintiff,<br><br>vs.<br><br>ADP, INC., AUTOMATIC DATA PROCESSING, INC, Delaware Corporations with its principal places of business in New Jersey, and DOES 1 to 100,<br>Defendant | Case No : Case No. C 07--0263 PJH<br><br>**Assigned to the Hon. Howard Matz**<br><br>**STIPULATION TO CONTINUE THE FINAL APPROVAL HEARING OF CLASS ACTION SETTLEMENT**<br><br>**Hearing:**<br>Date:      October 6, 2008<br>Time:      10:00 a.m.<br>Courtroom: 14<br><br>**Proposed Hearing Date:**<br>Date:      October 20, 2008<br>Time:      10:00 a.m.<br>Courtroom: 14 |

WHEREAS, the Court on August 14, 2008 issued an order granting final approval of a class action settlement, and further ordering the Claims Administrator to send notice to certain Affected Class Members who did not receive the Original Notice within ten days; and,

WHEREAS, the Claims Administrator, pursuant to the Court's August 14, 2008 order, will send notices to the Affected Class Members on August 22, 2008; and,

WHEREAS, pursuant to the Court's August 14, 2008 order, the Affected Class Members have forty-five days from the date the Claims Administrator mailed the new Class Notice to opt out, object, or submit claims to the Claims Administrator which is October 6, 2008, the same day the Court has set for the final approval hearing in its August 14, 2008 order; and,

WHEREAS, the Court additionally ordered that the Parties submit a report to the Court not less than seven days prior to the October 6, 2008 hearing.

THEREFORE, the Parties respectfully request that the Court continue the hearing set for October 6, 2008 at 10:00 a.m. to October 20, 2008 at 10:00 a.m. to allow the Affected Class Members enough time to file claims, opt out or object, and to further allow the Parties to prepare and file their report seven days prior to the hearing, as required by the Court's August 14, 2008 order.

IT IS SO STIPULATED:


Dated: August 2?, 2008                    **CLARK & MARKHAM, LLP**



By: _____

David R. Markham,
Attorney for Plaintiff, Jeffrey Sparks

1

2   Dated: August _2 1_, 2008                    **SEYFARTH SHAW LLP**

3

4                                          By: _____

5

6                                              Brian T. Ashe
                                               Attorney for the Defendant, ADP, Inc.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 600 B Street, San Diego, CA 92101. I am readily familiar with the practice for collection and processing of documents through U.S. Mail.

On August 21, 2008, I served a true and correct copy of the following document described as:

1) **STIPULATION TO CONTINUE THE FINAL APPROVAL HEARING OF CLASS ACTION SETTLEMENT**
2) **PROPOSED ORDER TO CONTINUE THE FINAL APPROVAL HEARING OF CLASS ACTION SETTLEMENT**

__ BY U.S. MAIL:

I caused an envelope containing the above document addressed to the recipient set forth below, with postage thereon fully prepaid, to be placed in the United States mail at San Diego, California. I am readily familiar with this firm's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service pursuant to which practice the correspondence will be deposited with the U.S. Postal Service this same day in the ordinary course of business (C.C.P. Section 1013(a); 2015.5):

_X_ BY ELECTRONIC SERIVCE

By transmitting the documents listed above, electronically, via the email addresses set forth below.

    Andrew Paley
    SEYFARTH SHAW LLP
    2029 Century Park East, Ste. 3300
    Los Angeles, CA 90067-3063

    Brian Ashe
    Eric Hill
    SEYFARTH SHAW LLP
    560 Mission Street, Suite 3100
    San Francisco, CA 94104

1 Mark Chavez
2 Jonathan Gertler
  CHAVEZ & GERTLER, LLP
3 42 Miller Avenue
4 Mill Valley, CA 94941

5 Walter Haines, Esq. (CSB No. 71075)
6 UNITED EMPLOYEES LAW GROUP
  65 Pine Ave, #312
7 Long Beach, CA 90802

8
9   _XX_ (Federal): I declare that I am employed in the office of a member of
    the bar of this Court at whose direction the service was made, and that the
10  foregoing is true and correct under penalty of perjury.

11
    Executed on August 21, 2008 at San Diego, California.
12

13
                                      _/s/James M. Treglio_____
14                                    James M. Treglio
15                                    CLARK & MARKHAM LLP

16
17
18
19
20
21
22
23
24
25
26
27
28