JS-6

FILED
CLERK, U.S. DISTRICT COURT

OCT 2 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

1
2
3
4
5
6
7
8

9            UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11  JEFFREY SPARKS, an individual, on          Case No. 07-03203 AHM (PJWx)
    behalf of himself, and on behalf of all
12  persons similarly situated,                **CLASS ACTION**

13              Plaintiffs,                     [PROPOSED] **JUDGMENT**

14      v.

15  ADP, INC., AUTOMATIC DATA
    PROCESSING, INC., a Delaware
16  Corporation with principal places of
    business in New Jersey, and DOES 1 to
17  100,                                        Hon. A. Howard Matz

18              Defendants.

19

20      The Court, on October 28      , 2008, issued its Order Granting Final

21  Approval of Class Settlement, Award of Attorneys' Fees and Expenses, and

22  Release of All Claims by Class Members ("Order Granting Final Approval")

23  granting approval to the Class Action Settlement Agreement in this matter.

24

25      The Court ORDERS ENTRY OF JUDGMENT as follows:

26      1.      The Class as to whom this judgment applies is defined as:

27

28

1        All persons who, between January 16, 2003 and March 31, 2008, were

2    employed in California by ADP, Inc. in its Major Account Services Division in any

3    of the following jobs:

4        A.  Reportsmith Account Rep.

5        B.  Sr. Reportsmith Account Rep.

6        C.  Service Support Specialist eTIME 1000

7        D.  e-Time Senior Service Support Specialist

8        E.  MA-Sr. Implementation Support Specialist

9        F.  Ld PC Support Specialist

10       G.  PC Support Specialist

11       H.  Sr. PC Support Specialist

12       I.  TLM- Technical Support Specialist

13       J.  TLM - SVC Support Hub Specialist I

14       K.  TLM-SVC Support Hub Specialist II

15       L.  TLM-SVC Support Hub Specialist III

16       M.  Ent. Solution Center Support Specialist

17       N.  Associate Implementation Specialist

18       O.  Implementation Specialist

19       P.  Senior Implementation Specialist

20       Q.  Implementation Specialist eTIME 1000

21       R.  Sr. Implementation Specialist eTIME 1000

22       S.  Implementation PC Support Specialist

23       T.  Implementation Consultant

24       U.  MA-Implementation Consultant I

25       V.  MA-Implementation Consultant II

26       W.  MA-Sr. Implementation Consultant

27       X.  MA-Implementation Specialist

28       Y.  MA-Sr. Implementation Specialist

1   Z.  MA-Lead Implementation Specialist

2   AA.  MA-Implementation Support Specialist

3   BB.  Implementation Consultant II

4   CC.  Reportsmith Technical Support Specialist

5   DD.  Implementation Consultant III

6   EE.  Implementation Support Specialist

7   FF.  Associate PC Support Specialist

8   GG.  TotalChoice Implementation Consultant

9   HH.  TotalChoice Senior Implementation Consultant

10   II.  Senior Implementation PC Support Specialist

12       2.     Persons who requested exclusion from the Class (a) will not

13   participate in the recovery obtained through the Settlement Agreement, and (b) are

14   entitled to prosecute an individual lawsuit, or an individual claim with the

15   California Labor Commission, in accordance with California law, ~~but may not~~

16   ~~pursue any claim as part of a class action~~

17       3.     The parties shall comply with the terms and conditions of the

18   Settlement Agreement and of the Order Granting Final Approval.  Upon such

19   compliance, and in accordance with the terms of the Order Granting Final

20   Approval, the matter and the Complaint on file herein shall be dismissed in its

21   entirety, with prejudice.  The Court shall retain jurisdiction over the parties to

22   enforce the terms of this Judgment.

24   Dated: _____ , 2008

        Hon. Howard Matz
        Judge of the USDC, Central District

26   SF1 28315100.3